**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:20-cv-170 |
| | § | |
| 8.570  ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN HIDALGO COUNTY, STATE | § | |
| OF TEXAS, AND FULLER FARMS, A | § | |
| TEXAS GENERAL PARTNERSHIP, | § | |
| *Defendants*. | § | |

## COMPLAINT IN CONDEMNATION

1.     This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.     The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.     The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.     The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: *s/Baltazar Salazar*
**Baltazar Salazar**
Assistant United States Attorney
Attorney-in-Charge for Plaintiff
S.D. Tex. ID No. 3135288
Texas Bar No. 24106385
600 E. Harrison Street, Suite 201
Brownsville, Texas 78520
Tel: (956) 983-6057
Fax: (956) 548-2775
E-mail: Baltazar.Salazar@usdoj.gov

# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved May 5, 2017, as Public Law 115-31, div. F, tit. VI, 131 Stat. 135, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-MER-3002-1
Owner:  Fuller Farms, a Texas General Partnership
Acres:  6.126

**BEING** a 6.126 acre tract (266,846 square feet) parcel of land, more or less, being out of a called 171.13 acre tract, recorded in Volume 2354, Page 771, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to Fuller Farms, said 6.126 acre tract (266,846 square feet) parcel of land being more particularly described as follows;

**COMMENCING** at a found 2-1/2" steel pipe being the northeast corner of a called 246.80 acre parcel of land, conveyed to Mary Francis Chupick Bennett, Trustee of the Bennett Martial Trust U/W/D September 12, 2008, by Document No. 2853131, Official Records of Hidalgo County (O.R.H.C),Texas, said point having a coordinate of N=16556527.226, E=1156135.470;

**THENCE:** S 01°35'23" E, along the east line of said Mary Francis Bennett, Trustee of the Bennett Martial Trust U/W/D September 12, 2008 tract passing at 239.52 feet the northwest corner of said Fuller Farms tract, passing at 5,269.59 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-9A_2-1=RGV-O-9A_2-1-1", in total a distance of 5521.13 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGVO-9A_2-7=RGV-O-9A_2-1-2";

**THENCE:** N 88°24'37" E, departing the said east line of Mary Francis Chupick Bennett, Trustee of the Bennett Martial Trust U/W/D September 12, 2008 tract and the west line of said Fuller Farms tract, a distance of 11.96 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGVO-9A_2-6=RGV MER-3002-1-1" for the **POINT OF BEGINNING** and having a coordinate of N=16551008.552, E=1156300.607, said point being the southwest corner of the herein described proposed acquisition tract, said point being S 32°27'45" W, a distance of 203.36 feet from United States Corps of Engineers Control Point No. H125, said point also being on the riverside toe of a levee;

**SCHEDULE C (Cont.)**

LEGAL DESCRIPTION

**THENCE:** N 03°22'56" E, along said riverside toe of levee, a distance of 64.85 feet to an angle point;

**THENCE:** N 00°54'10" W, along said riverside toe of levee, passing at 6.06 feet the south line of a levee easement (18-H), recorded in Volume 426, Page 7, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to the United States of America, in total a distance of 22.60 feet to an angle point;

**THENCE:** N 71°25'51" E, along said riverside toe of levee, a distance of 52.77 feet to an angle point;

**THENCE:** N 70°34'28" E, along said riverside toe of levee, a distance of 54.28 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-9A_2-5=RGV-MER-3002-1-2" for an angle point;

**THENCE:** N 01°40'38" E, along said riverside toe of levee, a distance of 21.49 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-9A_2-4=RGV-MER-3002-1-3" for the northwest corner of the herein described proposed acquisition tract, said point also being on the riverside toe of a wall;

**THENCE:** S 86°52'30" E, along said riverside toe of levee and along said riverside toe of wall, a distance of 185.42 feet to an angle point;

**THENCE:** S 86°52'41" E, along said riverside toe of wall, a distance of 321.40 feet to an angle point;

**THENCE:** S 84°53'09" E, along said riverside toe of wall, a distance of 42.78 feet to an angle point;

**THENCE:** S 73°25'14" E, along said riverside toe of wall, a distance of 32.20 feet to an angle point;

**THENCE:** S 63°47'24" E, along said riverside toe of wall, a distance of 32.29 feet to an angle point;

**SCHEDULE C (Cont.)**

LEGAL DESCRIPTION

**THENCE:** S 53°22'06" E, along said riverside toe of wall, a distance of 31.77 feet to an angle point;

**THENCE:** S 41°25'31" E, along said riverside toe of wall, a distance of 32.15 feet to an angle point;

**THENCE:** S 32°41'35" E, along said riverside toe of wall, a distance of 56.22 feet to an angle point;

**THENCE:** S 31°01'53" E, along said riverside toe of wall, a distance of 274.86 feet to an angle point;

**THENCE:** S 31°03'25" E, along said riverside toe of wall, a distance of 252.69 feet to an angle point;

**THENCE:** S 31°02'09" E, along said riverside toe of wall, a distance of 334.14 feet to an angle point;

**THENCE:** S 31°07'42" E, along said riverside toe of wall, a distance of 48.26 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGVO-9A_2-3=RGV-MER-3002-1-4" for the northeast corner of the herein described proposed acquisition tract, said point being on the east line of said Fuller Farms tract and west line of a Hidalgo Co. Water Improvement District No. 5 100' canal right-of-way as shown on the plat of Lion Lake Subdivision No. 2, recorded in Volume 5, Page 46, Map Records of Hidalgo County (M.R.H.C.), Texas;

**THENCE:** S 01°37'30" E, departing said riverside toe of wall and along the east line of said Fuller Farms tract and west line of said Hidalgo Co. Water Improvement District No. 5 canal right-of-way tract, a distance of 271.01 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGVMER-3002-1-5" for the southeast corner of the herein described proposed acquisition tract,

**SCHEDULE C (Cont.)**

LEGAL DESCRIPTION

**THENCE:** S 88°21'59" W, departing the said east line of Fuller Farms tract and said west line of said Hidalgo Co. Water Improvement District No. 5 canal right of-way tract, and along south line of said Fuller Farms tract, a distance of 19.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MER-3002-1-6";

**THENCE:** S-88-21-59 W 41.95' to a point being the south west corner

**THENCE:** N01-34-28W departing the south line of said Fuller Farms tract 74.00' to the line of said levee easement (18-H)

**THENCE:** N 31°07'42" W, a distance of 190.56 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MER-3002-1-7" for an angle point;

**THENCE:** N 31°02'09" W, a distance of 334.26 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MER-3002-1-8" for an angle point;

**THENCE:** N 31°03'25" W, a distance of 252.63 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MER-3002-1-9" for an angle point;

**THENCE:** N 31°01'53" W, a distance of 272.76 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MER-3002-1-10" for an angle point;

**THENCE:** N 32°41'35" W, a distance of 42.59 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MER-3002-1-11" for a point of curvature;

**SCHEDULE C (Cont.)**

LEGAL DESCRIPTION

**THENCE:** along a curve to the left having a radius of 22.71 feet, an arc length of 17.94 feet, and a central angle of 45°16'15", with a chord bearing of N 58°34'59" W, a chord distance of 17.48 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MER-3002-1-12" for a point on tangent;

**THENCE:** N 84°53'09" W, a distance of 25.11 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MER-3002-1-13" for an angle point;

**THENCE:** N 86°52'41" W, a distance of 318.79 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-MER-3002-1-14" for an angle point;

**THENCE:** N 86°42'42" W, a distance of 282.75 feet to the **POINT OF BEGINNING** and containing 6.126 acres (266,846 square feet) of land, more or less.

**SCHEDULE C (Cont.)**

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract: RGV-MER-3002-2
Owner: Fuller Farms, a Texas General Partnership
Acres: 2.444

**BEING** a 2.444 acre tract (106,439 square feet) parcel of land, more or less, being out of a called 171.13 acre tract, recorded in Volume 2354, Page 771, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to Fuller Farms, said 2.444 acre (106,439 square feet) parcel of land being more particularly described as follows;

**COMMENCING** at a found 2-1/2" steel pipe being the northeast corner of a called 246.80 acre parcel of land, conveyed to Mary Francis Chupick Bennett, Trustee of the Bennett Martial Trust U/W/D September 12, 2008, by Document No. 2853131, Official Records of Hidalgo County (O.R.H.C), said point having a coordinate of N=16556527.226, E= 1 156135.470;

**THENCE**: S 01°35'23" E, along the east line of said Mary Francis Chupick Bennett, Trustee of the Bennett Martial Trust U/W/D September 12, 2008 tract passing at 239 .52 feet the northwest corner of said fuller farms tract, in total a distance of 5,269.59 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-9A _ 2-1 =RGV-O-9A _ 2-1-1" for the **POINT OF BEGINNING** and having a coordinate of N=16551259.663, E= 1 156281.669, said point being on the said east line of Mary Francis Chupick Bennett, Trustee of the Bennett Martial Trust U/W/D September 12, 2008 tract and the west line of said Fuller Farms tract, said point being the northwest corner of the herein described proposed acquisition tract, said point being N 58°10' 10" W, a distance of 150.24 feet from United States Corps of Engineers Control Point No. H125, said point also being on the landside toe of a levee;

**THENCE**: S 57°24'37" E, departing said east line of said Mary Francis Chupick Bennett, Trustee of the Bennett Martial Trust U/W/D September 12, 2008 tract and said west line of Fuller Farms tract, and along said landside toe of levee a distance of 10.44 feet for an angle point;

**THENCE**: S 48°32'51" E, along said landside toe of levee, 23.14 feet to an angle point;

**THENCE**: S 63°21 '36" E, along said landside toe of levee, passing at 20.65 feet the north line of a levee easement to the United States of America, recorded in Volume 426, Page 7 (18-H), Deed Records of Hidalgo County, in total a distance of 36.23 feet to an angle point;

**THENCE**: S 78°15'13" E, along said landside toe of levee, a distance of29.30 feet to an angle point;

**THENCE**: S 86°37'32" E, along said landside toe of levee, a distance of 228.06 feet to an angle point;

## SCHEDULE C (Cont.)

LEGAL DESCRIPTION

**THENCE**: S 87°11 '33" E, along said landside toe of levee, a distance of 234.43 feet to an angle point;

**THENCE**: S 84°23'57" E, along said landside toe of levee, a distance of 89.18 feet to an angle point;

**THENCE**: S 81°09'22" E, along said landside toe of levee, a distance of 61.27 feet to an angle point;

**THENCE**: S 65°27'34" E, along said landside toe of levee, a distance of 73.73 feet to an angle point;

**THENCE**: S 46°51 '30" E, along said landside toe of levee, a distance of70.94 feet to an angle point;

**THENCE**: S 31°14'53" E, along said landside toe of levee, a distance of 342.17 feet to an angle point;

**THENCE**: S 31°09'28" E, along said landside toe of levee, a distance of 259.77 feet to an angle point;

**THENCE**: S 31°26'06" E, along said landside toe of levee, a distance of281.78 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-9A _ 2-2"; said point being on the east line of said Fuller Farms tract and west line of a Hidalgo Co. Water Improvement District No. 5 100' canal right-of-way as shown on the plat of Lion Lake Subdivision No. 2, recorded in Volume 5, Page 46, Map Records of Hidalgo County (M.R.H.C.), said point being the northeast comer of the herein described proposed acquisition tract;

**THENCE**: S 01 °37' 12" E, departing said landside toe of levee and along the east line of said Fuller Farms tract and west line of said Hidalgo Co. Water Improvement District No. 5 canal right-of-way tract, a distance of 111.79 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-9A _ 2-3"; said point being the southeast comer of the herein described proposed acquisition tract, said point also being on the riverside toe of a wall;

**THENCE**: N 31 °07'42" W, departing the said east line of Fuller Farms tract and said west line of said Hidalgo Co. Water Improvement District No. 5 canal right-of-way tract, and along said riverside toe of wall, a distance of 48.26 feet to an angle point;

**THENCE**: N 31 °02 '09" W, along said riverside toe of wall, a distance of 334.14 feet to an angle point;

## SCHEDULE C (Cont.)

## LEGAL DESCRIPTION

**THENCE**: N 31°03'25" W, along said riverside toe of wall, a distance of252.69 feet to an angle point;

**THENCE**: N 31°01 '53" W, along said riverside toe of wall, a distance of 274.86 feet to an angle point;

**THENCE**: N 32°41 '35" W, along said riverside toe of wall, a distance of 56.22 feet to an angle point;

**THENCE**: N 41°25'31" W, along said riverside toe of wall, a distance of 32.15 feet to an angle point;

**THENCE**: N 53°22'06" W, along said riverside toe of wall, a distance of 31.77 feet to an angle point;

**THENCE**: N 63°47'24" W, along said riverside toe of wall, a distance of 32.29 feet to an angle point;

**THENCE**: N 73°25' 14" W, along said riverside toe of wall, a distance of 32.20 feet to an angle point;

**THENCE**: N 84°53 '09" W, along said riverside toe of wall, a distance of 42. 78 feet to an angle point;

**THENCE**: N 86°52 '41" W, along said riverside toe of wall, a distance of 321 .40 feet to an angle point;

**THENCE**: N 86°52'30" W, along said riverside toe of wall, a distance of 185.42 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-9 A_ 2-4" for an angle point;

**THENCE**: S 01°40'38" W, departing said riverside toe of wall, a distance of 21.49 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-9A _ 2-5" for an angle point, said point being on the riverside toe of levee;

**THENCE**: S 70°34'28" W, along said riverside toe of levee, a distance of 54.28 feet to an angle point;

**THENCE**: S 71°25'51" W, along said riverside toe of levee, a distance of 52.77 feet to an angle point;

**THENCE**: S 00°54' 1 0" E, along said riverside toe of levee, a distance of 22.60 feet to an angle point;

**THENCE**: S 03°22'56" W, along said riverside toe of levee, passing at 16.54 feet the south line of said levee easement to the United States of America (18-H), in total a distance of

## **SCHEDULE C (Cont.)**

LEGAL DESCRIPTION

64.85 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-9 A_ 2-6" for an angle point;

**THENCE**: S 88°24'37" W, along said riverside toe of levee, a distance of 11.96 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped
"RGV-O-9A_2-7=RGV-O-9A_2-l-2", said point being on the east line of said Mary Francis Chupick Bennett, Trustee of the Bennett Martial Trust U/W/D September 12, 2008 tract and said west line of Fuller Farms tract, said point also being the southwest comer of the herein described proposed acquisition tract;

**THENCE**: N 01 °35'23" W, departing said riverside toe of levee, and along said east line of said Mary Francis Chupick Bennett, Trustee of the Bennett Martial Trust U/W/D September 12, 2008 tract and said west line of Fuller Farms tract, passing at 70.99 feet the south line of said levee easement to the United States of America (18-H), and at 221.03 feet the north line of said levee easement to the United States of America (18-H), in total a distance of 251.54 feet to the **POINT OF BEGINNING** and containing 2.444 acres (106,439 square feet) of land, more or less.

# SCHEDULE D

**SCHEDULE D**

**MAP or PLAT**

**LAND TO BE CONDEMNED**



Tract:  RGV-MER-3002-1
Owner:  Fuller Farms, a Texas General Partnership
Acreage:  6.126

# SCHEDULE D (Cont.)

## LAND TO BE CONDEMNED



Tract:  RGV-MER-3002-1
Owner:  Fuller Farms, a Texas General Partnership
Acreage:  6.126

## SCHEDULE D (Cont.)

### LAND TO BE CONDEMNED



Tract:  RGV-MER-3002-1
Owner:  Fuller Farms, a Texas General Partnership
Acreage:  6.126

**SCHEDULE D (Cont.)**

LAND TO BE COMDEMNED

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-0-9A_2-6= RGV-MER-3002-1-1 | 16551008.552 | 1156300.6071 |
| RGV-0-9A_2-5= RGV-MER-3002-1-2 | 16551130.737 | 1156405.2927 |
| RGV-0-9A_2-4= RGV-MER-3002-1-3 | 16551152.218 | 1156405.9217 |
| RGV-0-9A_2-3= RGV-MER-3002-1-4 | 16550227.356 | 1157560.8358 |
| RGV-MER-3002-1-5 | 16549956.205 | 1157568.6840 |
| RGV-MER-3002-1-6 | 16549955.914 | 1157549.5322 |
| RGV-MER-3002-1-7 | 16550191.227 | 1157407.4236 |
| RGV-MER-3002-1-8 | 16550477.636 | 1157235.0886 |
| RGV-MER-3002-1-9 | 16550694.055 | 1157104.7569 |
| RGV-MER-3002-1-10 | 16550927.776 | 1156964.1500 |
| RGV-MER-3002-1-11 | 16550963.619 | 1156941.1448 |
| RGV-MER-3002-1-12 | 16550972.732 | 1156926.2265 |
| RGV-MER-3002-1-13 | 16550974.970 | 1156901.2162 |
| RGV-MER-3002-1-14 | 16550992.332 | 1156582.8956 |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPERATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY WAS COMPLETED IN NOVEMBER, 2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON SEPTEMBER 25, 2018 (TICKET NO. 1876843589).

| | METES & BOUNDS SURVEY FULLER FARMS | | | | | |
|---|---|---|---|---|---|---|
| SHEET 9 OF 10 | TRACT No. RGV-MER-3002-1 FULLER GATE | | | | B&F ENGINEERING, INC. | US Army Corps of Engineers |
| | HIDALGO COUNTY          TEXAS | | | | | |

Tract:  RGV-MER-3002-1
Owner:  Fuller Farms, a Texas General Partnership
Acreage:  6.126

## SCHEDULE D (Cont.)

### LAND TO BE CONDEMNED



Tract: RGV-MER-3002-1
Owner: Fuller Farms, a Texas General Partnership
Acreage: 6.126

**SCHEDULE D (Cont.)**

MAP or PLAT

LAND TO BE CONDEMNED



Tract:  RGV-MER-3002-2
Owner:  Fuller Farms, a Texas General Partnership
Acreage:  2.444

**SCHEDULE D (Cont.)**

<span style="color:red">LAND TO BE CONDEMNED</span>



Tract:  RGV-MER-3002-2
Owner:  Fuller Farms, a Texas General Partnership
Acreage:  2.444

## SCHEDULE D (Cont.)

LAND TO BE CONDEMNED



Tract:  RGV-MER-3002-2
Owner:  Fuller Farms, a Texas General Partnership
Acreage:  2.444

## SCHEDULE D (Cont.)

### LAND TO BE CONDEMNED



Tract:  RGV-MER-3002-2
Owner:  Fuller Farms, a Texas General Partnership
Acreage:  2.444

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Hidalgo County, Texas

Tracts:  RGV-MER-3002-1 and RGV-MER-3002-2
Owner:  Fuller Farms, a Texas General Partnership
Acres:  8.570

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Volume 2354, Page 771, Official Records of Hidalgo County (O.R.H.C.) reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through gate Fuller Gate O-9A in the border barrier depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is FIFTY ONE THOUSAND, SEVEN HUNDRED THIRTY SEVEN DOLLARS AND NO/100 ($51,737.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Fuller Farms, a Texas General Partnership**<br>**c/o A.C. Fuller and Marvin Fuller, General Partners**<br><br>Weslaco, Texas 78596 | **RGV-MER-3002-1/RGV-MER-3002-2**<br>Warranty Deed, Document # 1986-185122, Volume 2354, Page 711, Recorded October 22, 1986, Deed Records of Hidalgo County, Texas; Distribution Deed, Document # 1994-420206; Recorded November 15, 1994, Deed Records of Hidalgo County, Texas. |
| **Pablo "Paul" Villarreal, Jr.**<br>**Hidalgo County Tax Assessor & Collector**<br>2804 S. Business Highway 281<br>Edinburg, TX 78539 | **RGV-MER-3002-1/RGV-MER-3002-2**<br>Account Number:<br>J1800-00-054-0041-00<br>Appraisal District Number:<br>198501;<br><br>Account Number:<br>J1800-00-054-0041-01<br>Appraisal District Number:<br>198502. |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1  U.S. Government
       Plaintiff

❏ 2  U.S. Government
       Defendant

❏ 3  Federal Question
       *(U.S. Government Not a Party)*

❏ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | | | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | | | | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| | | | ❏ 790 Other Labor Litigation | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❏ 895 Freedom of Information Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of State Statutes |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❏ 1  Original
       Proceeding

❏ 2  Removed from
       State Court

❏ 3  Remanded from
       Appellate Court

❏ 4  Reinstated or
       Reopened

❏ 5  Transferred from
       Another District
       *(specify)*

❏ 6  Multidistrict
       Litigation -
       Transfer

❏ 8  Multidistrict
       Litigation -
       Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ❏ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
   United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
   United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
   Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
   Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
   Original Proceedings. (1) Cases which originate in the United States district courts.
   Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
   Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
   Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
   Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
   Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
   Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
   **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
   Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
   Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.